# EXHIBIT 1

# EXHIBIT 1



# reviewjournal.com



Powered by **Clickability**

🖨 Click to Print

SAVE THIS | EMAIL THIS | Close

**Charlotte zings Reid from beyond the grave**
Posted by **John L. Smith**
Tuesday, Jul. 13, 2010 at 10:43 AM

Election 2010 has just heard from a member of the Silent Majority.

You know, from a deceased person.

Chances are good you never met Charlotte McCourt during her 84 years, but I'm willing to bet you'll be hearing about her in the coming days now that her obituary has taken Senate Majority Leader Harry Reid to task. It's the kind of small story that has the potential to ricochet like a bullet through the campaign showdown between incumbent Reid and Republican challenger Sharron Angle.

Not because McCourt, who died July 8 after a long illness, was a political player or business powerbroker, but precisely because she was neither of those things. She was a homemaker, proud mother and grand mother and wife of 67 years to Patrick McCourt.

And she was at one time a loyal supporter of Harry Reid.

Her obituary, printed in Tuesday's Review-Journal, reads in part, "We believe that Mom would say she was mortified to have taken a large role in the election of Harry Reid to U.S. Congress. Let the record show Charlotte was displeased with his work. Please, in lieu of flowers, vote for another more worthy candidate."

Ouch.

McCourt was born Dec. 25 in Wellington, Utah and was a 40-year Nevada resident. She was a member of the Church of Jesus Christ of Latter-day Saints.

Perhaps by coincidence, Reid's re-election hangs in no small part on his ability to encourage conservative and religious Democrats to support him. He is also a member of the LDS faith.

**Find this article at:**
http://www.lvrj.com/blogs/smith/Charlotte_zings_Reid_from_beyond_the_grave.html

🖨 Click to Print

SAVE THIS | EMAIL THIS | Close

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

HOME    THE TEAM    THE QUARTERDECK    THE EIGHT OF THE STATE    PODCASTS    COMM    SUPPORTING ARMS    WATCH GEAR

**10**
September , 2010
FRIDAY



AMERICAN HISTORY    BASHMAN    ENEMY INTEL    GUESTS    HEROES    LATEST NEWS    VIDEOS

## Nevada Woman's Last Will and Testament: Vote Against Harry Reid

Posted by Maggie    On July - 14 - 2010



**Charlotte zings Reid from beyond the grave**

Election 2010 has just heard from a member of the Silent Majority.

You know, from a deceased person.

Chances are good you never met Charlotte McCourt during her 84 years, but I'm willing to bet you'll be hearing about her in the coming days now that her obituary has taken Senate Majority Leader Harry Reid to task. It's the kind of small story that has the potential to ricochet like a bullet through the campaign showdown between incumbent Reid and Republican challenger Sharron Angle.

Not because McCourt, who died July 8 after a long illness, was a political player or business powerbroker, but precisely because she was neither of those things. She was a homemaker, proud mother and grand mother and wife of 67 years to Patrick McCourt.

And she was at one time a loyal supporter of Harry Reid.

Her obituary, printed in Tuesday's Review-Journal, reads in part, "We believe that Mom would say she was mortified to have taken a large role in the election of Harry Reid to U.S. Congress. Let the record show Charlotte was displeased with his work. Please, in lieu of flowers, vote for another more worthy candidate."

Ouch.

McCourt was born Dec. 25 in Wellington, Utah and was a 40-year Nevada resident. She was a member of the Church of Jesus Christ of Latter-day Saints.

Perhaps by coincidence, Reid's re-election hangs in no small part on his ability to encourage conservative and religious Democrats to support him. He is also a member of the LDS faith. - Las Vegas Review Journal

Latest News, Politics｜ COMMENT

You can leave a response, or trackback from your own site.

## 1 Response

1. **Tweets that mention Nevada Woman's Last Will and Testament: Vote Against Harry Reid | Chandler's Watch -- Topsy.com Says:**

    [...] This post was mentioned on Twitter by Chandlerswatch, Chandlerswatch. Chandlerswatch said: #chandlerswatch Nevada Woman's Last Will and Testament: Vote Against Harry Reid: Charlotte zings Re... http://bit.ly/bfIWgX #tcot #military [...]

    Posted on July 14th, 2010 at 11:10 am

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

Chris Christie The Magic Honky: It Might Just Be Time For A "Portly" POTUS
















Submit Comment

9/11 Defendants: 'We Are Terrorists To The Bone'
Alpha Inventions Helps Your Site With Getting Hits
Patrick Henry-"Give Me Liberty, Or Give Me Death"
Code Pink Deliberately Targets Kids From Military Families
A Simple Request From the Family of a Wounded Hero
Nation Still Remembers Block And USMC Flag Raising
CNN Correspondent Now The Communist Candidate In El Salvador
For Obama, Ideology And Politics Trump Science and Ethics
Officials: Afghanistan Taliban leader WAS at Gitmo
Tonight on Chandler's Watch

Name
Email
Submit

SUPPORT



SOCIAL

BLOGROLL
Any Marine

EVENTS
July 2010

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |



Big Hollywood

Black and Right

Blackfive

Bright Spear

Conservative Alliance

Freedom Is Not Free

Hire Heroes USA

Hire Patriots

Infidel's Paradise

Islam In Action

Kabuki Village

Knottie Thoughts

Knotties' Niche

Let Them Fight

Marine Parents

Michael Yon

Modern Conservative

Moms 4R Marines

One Marine's View

Pearls of Honor

Rezac & Associates

SoCal Tea Party

Somali Pirate

Temple of Mut

The American Sentry

The Long War Journal

Together We Served

Untold Stories From Iraq and Afghanistan

Veterans Journal

War On Terror News

Warrior Legacy Foundation

We Thank Our Troops

Lead by example!
*Advertise here!*



| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

« Jun     Aug »

Ads by Google

**BuyViagra Online**
Purchase over $150,
free shipping
WithoutPrescription.
$0,90|100mg
usadrugsonly.us.tt

**Free Internet Explorer® 8**
Download the New,
Optimized Version of
Internet Explorer for
Free Now!
www.IE8optimized.com

**Buy CheapViagra**
$1.38/25mg.
WithoutPrescription.
Free Worldwide
Delivery.
canadadrugs14.does.it

**OrderViagraOnline $0,76**
More Payment Options
Free Worldwide
Shipping
drugs-24hs.com

**Windows 7 cheap**
Full Versions.
Ultimate, Pro and HP
Lowest price on the
WEB
www.microsota.biz

Are you Duty, Honor,
Country?
*Advertise here!*



Chandlers Watch, The Radio Show, was born in 2007 by two Marines that wanted to fulfill their oath to defend this country against all enemies, both foreign and domestic and to preserve our Constitution. Today, we promote the Corps values and leadership principles, that the Marine Corps instilled in us, to the American people in an entertaining way.


**Cash 4 Clunkers A Boon For Japanese Carmakers**
On Aug-18-2009
Reported by Howie


**Yeah, I'm Calling It: More Terror "Dry Runs" As Nine Removed From Tampa Flight**
On Aug-31-2010
Reported by Maggie


**If You Oppose ACORN's Agenda, You Deserve To Be Murdered!**
On Sep-15-2009
Reported by Chandler


**GI Bill Delays Frustrate More Student Vets**
On Sep-20-2009
Reported by Chandler


**Vt. Farmer Draws a Line at US Bid to Bolster Border**
On May-17-2010
Reported by Howie

Marc Stockwell-Moniz:
Denny, well said. Thank you.

**Denny Menez:**
I just can't believe that I just witnessed fr

**gizachew:**
You know there are two type terrorists who di

**Kermit:**
and where was Russ Feingold?

**Marc Stockwell-Moniz:**
Because young lady, you have bought hook, lin

**Marc Stockwell-Moniz:**
Just a friggin disgrace to the nation. Novemb

**iris:**
ok then explain to me why they are ridiculous

HOME   THE TEAM   THE QUARTERDECK   THE SIGHT OF THE STATE   PODCASTS   COMM   SUPPORTING ARMS   WATCH GEAR

Designed by webafeel.com

Coded by Local Dating, Dating Tips, Sugar Daddies

# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title ──────────────────────────────────────

**Title of Work:** Charlotte zings Reid from beyond the grave

## Completion/Publication ──────────────────

**Year of Completion:** 2010

**Date of 1st Publication:** July 13, 2010       **Nation of 1st Publication:** United States

## Author ────────────────────────────────────

■ **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant ─────────────────────

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions ──────────────────

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com       **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification ──────────────────────────────

**Name:** Steven A. Gibson

**Date:** September 2, 2010

**Applicant's Tracking Number:** 0002029

**Registration #:**

**Service Request #:**   1-481200348

**Application Date:**   09-02-2010 20:12:35

# Correspondent

| | |
|---|---|
| **Organization Name:** | Righthaven LLC |
| **Name:** | Steven A. Gibson |
| **Address:** | 9960 West Cheyenne Avenue |
| | Suite 210 |
| | Las Vegas, NV 89129-7701 United States |

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States